Douglas S. Parker ABA No. 8311168
dparker@littler.com
LITTLER MENDELSON
310 K Street, Suite 400
Anchorage, AK  99501
Telephone:   503.221.0309
Fax No.:       503.242.2457

Attorneys for Defendants
Alaska Communications Systems Group, Inc. and Alaska
Communications Systems Holdings, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| LAURA LEE PETERSON,<br>Individually and on Behalf of All<br>Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>ALASKA COMMUNICATIONS<br>SYSTEMS GROUP, INC., and<br>ALASKA COMMUNICATIONS<br>SYSTEMS HOLDINGS, INC.,<br><br>    Defendants. | Case No.: 3:12-CV-90-TMB |

**NON-OPPOSITION TO PLAINTIFF'S MOTION TO AMEND DOCKET #47**

Defendants Alaska Communications Systems Group, Inc., and Alaska Communications Systems Holdings, Inc., (jointly referred to as "Alaska Communications") do not oppose Plaintiffs Motion to Amend at DKT #47.  Such non-opposition is made, however, without waiver of any factual or procedural arguments or

NON-OPPOSITION TO PLAINTIFF'S MOTION TO AMEND DOCKET #47
PETERSON V. ALASKA COMMUNICATIONS SYSTEMS
Case No. 3:12-cv-00090-TMB
Page **1** of 2

LITTLER MENDELSON
310 K Street, Suite 400
Anchorage, AK  99501
Tel: 907.561.1214

Case 3:12-cv-00090-TMB-MMS   Document 50   Filed 03/13/14   Page 1 of 2

defenses that may be asserted against the new individual plaintiffs, including that their claims are barred in whole or in part by applicable statutes of limitation.

Dated: March 13, 2014

Respectfully submitted,

*/s/ Douglas S. Parker*
Douglas S. Parker, OSB No. 8311168
Littler Mendelson

Attorneys for Defendants

CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of
March, 2014, a true and correct copy
of the foregoing document to be served on:

Lee Holen
Lee Holen Law Office
113 W. Northern Lights Blvd., Suite 218
Anchorage, AK 99503

Felicia Medina
Elizabeth Gropman
Sanford Wittels & Heisler, LLP
555 Montgomery Street, Suite 1206
San Francisco, CA 94111

By • Hand  • Mail  • Fax
☒ Court's ECF filing system

*/s/ Nancy Murphy Kruse*
Legal Assistant

Firmwide:125911476.1 054330.1034

NON-OPPOSITION TO PLAINTIFF'S MOTION TO AMEND DOCKET #47
PETERSON V. ALASKA COMMUNICATIONS SYSTEMS
Case No. 3:12-cv-00090-TMB
Page 2 of 2

LITTLER MENDELSON
310 K Street, Suite 400
Anchorage, AK 99501
Tel: 907.561.1214

Case 3:12-cv-00090-TMB-MMS   Document 50   Filed 03/13/14   Page 2 of 2